No. 42. AMERICAN RADIATOR COMPANY, PLAINTIFF IN ERROR, *v.* JOHN F. ROGGE, ADMINISTRATOR OF THE ES-

TATE OF JOHN F. ROGGE, JR., DECEASED. In error to the Supreme Court of the State of New Jersey. Argued November 12, 13, 1917. Decided November 19, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Haire* v. *Rice,* 204 U. S. 291; *Thomas* v. *Iowa,* 209 U. S. 258; *Appleby* v. *Buffalo,* 221 U. S. 524, 529. *Mr. Franklin W. Fort, Mr. John Franklin Fort* and *Mr. J. G. Shipman* for plaintiff in error. *Mr. John K. English* for defendant in error.